1901 Sixth Avenue North • Suite 1500 • P.O. Box 306 (35201) • Birmingham, AL 35203-4642    www.balch.com



# BALCH
& BINGHAM LLP

M. TALMADGE SIMPSON
(205) 226-3453
tsimpson@balch.com

October 10, 2014

**VIA SUBMISSION @ FOIAONLINE.REGULATIONS.GOV**

Regional FOIA Officer
U.S. EPA, Region 4

Re: **Freedom of Information Act Request**

Dear Regional FOIA Officer:

Pursuant to the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), and the FOIA regulations of the U.S. Environmental Protection Agency ("EPA"), please accept this request for agency records located at EPA's Region 4 offices, as described below.

Please provide any and all EPA records relating to the July 14, 2014 petition for preliminary assessment in Tarrant (North Birmingham), Alabama, submitted to EPA by the organization GASP (hereinafter, the "GASP Petition"). You may exclude from EPA's response any records previously released in response to FOIA Request No. EPA-R4-2014-010457.[1] Please be sure to include within EPA's response the following records, although this list is not intended to limit the scope of this request in anyway:

- All records related to EPA's review, consideration, or analysis of the GASP Petition;

- All records that EPA has provided or produced to any non-governmental organizations ("NGOs"), including but not limited to GASP and/or its representatives or attorneys, related to the GASP Petition or any of the properties or facilities within the area identified in the GASP Petition pursuant to FOIA or for any other reason;

- All records (including, but not limited to, correspondence, requests, emails, comments, meetings, or phone logs) of any communications from or to entities, governmental agencies, and individuals outside of EPA (including but not limited to GASP, any other NGO, the U.S. Department of Health and Human Services, the Alabama Department of Environmental Management ("ADEM"),

---

[1] https://foiaonline.regulations.gov/foia/action/public/view/request?objectId=090004d280374afb

any other State of Alabama agency, the Jefferson County Department of Health, the City or Mayor of Birmingham, the City or Mayor of Tarrant, and the Jefferson County Commission), and their respective representatives or attorneys, relating to the GASP Petition;

- All records (including, but not limited to, agendas, sign-in sheets, handouts, presentations, and related documents and notes) from all attendees who have presented or attended any meetings with any NGOs (including GASP) or federal, state, or local governmental entities or representatives (including those listed above) relating to the GASP Petition; and

- All records that EPA has received from or sent to ADEM relating to the GASP Petition or EPA's and/or ADEM's intended actions in response thereto.

Please be advised that the term "**records**" as used herein is intended to have the broadest possible meaning under FOIA, and includes, but is not limited to, all letters, correspondences, emails, telefaxes, handwritten or other notes, reports, calculations, logs, calendar pages (electric or otherwise), telephone message slips, newspaper articles, agendas, notes and minutes, (including notes and/or minutes of all meetings and telephone conversations), plans, photos, renderings, and contracts, proposals, studies, reports, memoranda, and audio and video records, in possession, custody or control of the Agency, including all revisions, drafts and/or copies thereof (notwithstanding whether or not such versions, drafts and/or copies have been marked with handwritten notes or comments), in whatever form or format they exist.

In addition, please note that if any of the responsive records contains information that EPA contends is subject to any FOIA exemption, EPA must produce all reasonably segregable portions of the record after deletion of exempt portions. EPA must further indicate the amount of information deleted and the exemption that EPA asserts.

Further, if any records are withheld in their entirety under a claim of exemption or exclusion, please provide a list of such records and EPA's basis for the withholding.

Thank you for your cooperation in this matter, and I look forward to receiving EPA's full response within 20 working days. If you have any questions about the scope of this request, please feel free to contact me.

Sincerely,

Tal Simpson