IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DRUMMOND COMPANY INC, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, <br><br> Defendant. | CIVIL ACTION NO. <br><br> 2:15-cv-01491-KOB <br><br><br> **JOINT STATUS REPORT AND JOINT MOTION** |

**JOINT STATUS REPORT AND JOINT MOTION TO CONTINUE STAY OF ALL PROCEEDINGS PENDING SETTLEMENT NEGOTIATIONS**

Pursuant to the Court Order entered on November 8, 2016 (docket entry 57), Plaintiff Drummond Company Inc. ("Drummond") and Defendant United States Environmental Protection Agency ("EPA"), by their respective counsel, hereby jointly submit this status report detailing the status of the case. Defendant's Motion for Partial Summary Judgment and Plaintiff's Opposition thereto have been submitted and are pending before the Court. The Parties have been discussing settlement. The Parties agree that they need additional time to pursue a potential settlement resolving Plaintiff's claims.

Based on the foregoing, the Parties jointly seek a continuance of the stay of all proceedings in this action for an additional 60 days, until March 24, 2017, while the Parties continue to pursue settlement of Plaintiff's claims in this litigation.

Submitted this 23rd day of January, 2017.

| For the Plaintiff: | For the Defendants: |
|---|---|
| /s/ Richard E. Glaze<br>Richard E. Glaze, Esq<br>Counsel for Drummond Company, Inc.<br>Balch & Bingham LLP<br>P. O. Box 306<br>Birmingham, AL 35201 | ROBERT O. POSEY<br>Acting United States Attorney<br><br>/s/ Edward Q. Ragland<br>Edward Q. Ragland<br>Assistant U. S. Attorney<br>1801 Fourth Avenue North<br>Birmingham, Alabama 35203-2101<br><br>Of Counsel:<br>Alan D. Margolis<br>Attorney-Advisor<br>General Law Office<br>Office of General Counsel<br>Environmental Protection Agency<br><br>Mark Stilp<br>Attorney-Advisor<br>General Law Office<br>Office of General Counsel<br>Environmental Protection Agency |