IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DRUMMOND COMPANY INC, | |
| Plaintiff, | |
| v. | CIVIL ACTION NO. |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, | 2:15-cv-01491-KOB |
| Defendant. | |

## JOINT STIPULATION TO DISMISS

COME NOW the Plaintiff, Drummond Company, Inc., and the Defendant, United States Environmental Protection Agency, by and through their respective counsel, and move this Honorable Court to dismiss with prejudice the above said action pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii).

Executed on the 14th day of August, 2017.

*Attorney For the Plaintiff:*

Richard E. Glaze, Jr.
Balch & Bingham, L.L.P.

*Attorney For the Defendant:*

JAY E. TOWN
United States Attorney

Edward Q. Ragland
Assistant U. S. Attorney

1

30 Ivan Allen, Jr. Blvd., N.W.  
Suite 700  
Atlanta, Georgia 30308  
(404) 962-3566  
rglaze@balch.com

1801 Fourth Avenue North  
Birmingham, Alabama 35203-2101  
(205) 244-2109  
ed.ragland@usdoj.gov

2